IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LEE DAVIS, JR                                                        PETITIONER
ADC #133321

v.                        Case No. 5:15-cv-00035-JTK

WENDY KELLEY, Director,                                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

SO ADJUDGED this 19th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE